*Cohen,* and *Tracy H. Ferguson* for petitioner. *Solicitor General Jackson,* and *Messrs. Robert L. Stern, Charles Fahy, Richard B. Watts,* and *Laurence A. Knapp* for respondent.

No. 972. ARN ET AL. *v.* DUNNETT ET AL. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. T. P. Gore* and *Finis E. Riddle* for petitioners. *Mr. Wesley E. Disney* for respondents.

No. 974. CONSUMERS CONSTRUCTION Co. *v.* COMMISSIONER OF INTERNAL REVENUE. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 978. AMERICAN NATIONAL BANK *v.* AMES ET AL. May 23, 1938. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Messrs. George P. Barse, Tazewell Taylor,* and *L. E. Birdzell* for petitioner. *Messrs. Wm. G. Maupin* and *James E. Heath* for respondents.

No. 988. ALAMO NATIONAL BANK *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 989. ALEXANDER *v.* SAME. May 23, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Ash* for petitioners. *Solicitor General Jackson, Assistant Attorney*